```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION
```

WILDEARTH GUARDIANS,

        Plaintiff,

v.

                        Case No. 8:13-cv-523-T-33EAJ

SECRETARY OF COMMERCE,

        Defendant.

_____/

## **ORDER**

This matter comes before the Court pursuant to Defendant's Unopposed Motion for an Extension of Time to Lodge the Administrative Record (Doc. # 25), filed on July 1, 2013. For the reasons that follow, the Court grants the Motion.

## **Discussion**

In this action, Plaintiff Wildearth Guardians challenges the Secretary of Commerce's decision not to list the Caribbean Electric Ray as a threatened or endangered species under the Endangered Species Act, 16 U.S.C. § 1531-1544. (Doc. # 1).

On May 24, 2013, this Court entered an Order establishing the deadline for the Secretary to lodge the Administrative Record and for the parties to file briefs. (Doc. # 24). At this juncture, the Secretary explains that it requires an additional 30 days to lodge the administrative record. The Court grants the extension and adjusts the deadlines in this case as follows:

**August 8, 2013:** Defendant lodges and serves the AR;

**October 7, 2013:** Plaintiff files its motion to supplement or complete the AR, if any, or, alternatively, its motion for summary judgment (limited to 25 pages); if Plaintiff files a motion to supplement or complete the AR, the parties' briefing schedule shall be suspended, and Plaintiff's motion for summary judgment will become due 30 days after the Court rules on Plaintiff's motion to supplement or complete the AR;

**November 6, 2013:** Defendant files its combined response to Plaintiff's motion for summary judgment and brief in support of its cross-motion for summary judgment (limited to 25 pages);

**December 6, 2013:** Plaintiff files its combined brief in response to Defendant's cross-motion for summary judgment and reply in support of its motion for summary judgment (limited to 10 pages);

**January 6, 2013:** Defendant files its reply brief in support of its cross-motion for summary judgment (limited to 10 pages).

Accordingly, it is

-2-

**ORDERED, ADJUDGED,** and **DECREED**:

Defendant's Unopposed Motion for an Extension of Time to Lodge the Administrative Record (Doc. # 25) is **GRANTED** as set forth above.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 2nd day of July, 2013.

<u>/s/ Virginia M. Hernandez Covington</u>
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record